petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for respondents.

No. 434. JULIUS KAYSER & CO. ET AL. *v.* ROSEDALE KNITTING CO. November 21, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Hugh M. Morris, Noah A. Stancliffe,* and *Charles H. Howson* for petitioners. *Messrs. Thomas G. Haight, Samuel E. Darby, Jr.,* and *Henry N. Paul* for respondent.

No. 320. UNJIENG ET AL. *v.* NATIONAL CITY BANK ET AL. December 5, 1938. Motion to consider this application on an abbreviated record granted. Petition for writ of certiorari to the Supreme Court of the Philippines denied. *Messrs. Frederic R. Coudert, Mahlon B. Doing,* and *Lewis A. R. Innerarity* for petitioners. *Mr. Carl A. Mead* for National City Bank, and *Messrs. James Ross, Ewald E. Selph,* and *James M. Ross* for Malabon Sugar Co. et al., respondents.

No. 427. GEORGE K. GARRETT CO. *v.* NATIONAL LOCK WASHER CO. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Henry N. Paul, Jr.* and *Leonard L. Kalish* for petitioner. *Mr. Thomas G. Haight* for respondent.

No. 428. ARKANSAS NATURAL GAS CORP. *v.* SARTOR ET AL. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. H. C. Walker, Jr.* and *Elias Goldstein* for

650

petitioner. No appearance for respondents.

No. 431. UNITED STATES EX REL. GAROS *v.* REIMER, COMMISSIONER OF IMMIGRATION. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John S. Wise, Jr.* for petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *William W. Barron* for respondent.

No. 435. TOBANI ET AL. *v.* CARL FISCHER, INC. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Sydney Rosenthal* for petitioners. *Mr. Francis Gilbert* for respondent.

No. 438. PHOENIX FINANCE CORP. *v.* IOWA-WISCONSIN BRIDGE CO. ET AL. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Lon O. Hocker* and *Casper Schenk* for petitioner. *Messrs. Fred A. Ontjes* and *Wm. C. Green* for Iowa-Wisconsin Bridge Co. et al., and *Messrs. Rex H. Fowler* and *C. S. Bradshaw* for First Trust & Savings Bank et al., respondents.

No. 439. STANTON ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Herbert Pope* and *Benjamin M. Price* for petitioners. *Solicitor*